IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NATIONWIDE MUTUAL**
**FIRE INSURANCE CO.,** *et al.*                                              **PLAINTIFFS**

**VS.**                          **1:16-CV-00061-BRW**

**MITCHELL WEAVERLING,** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is CLOSED.

IT IS SO ORDERED this 18th day of August, 2016.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE